IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 1:13-cv-00161 C VJW
Judge Victor J. Wolski

ROY SMITH, on his own
behalf and for others similarly situated,

v.

UNITED STATES OF AMERICA,  **CLASS/COLLECTIVE ACTION**

Defendant.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for Plaintiff, ROY SMITH and demands that a copy of all correspondence, notice, pleadings orders and all others papers served and filed herein be served upon the undersigned.

 **/s ANDREW FRISCH**
Andrew Frisch
FL Bar No.: 27777
MORGAN & MORGAN, P.A.
600 N. Pine Island Road
Suite 600
Plantation, Fl. 33324
Tel: 954-318-0268
Fax: 954-333-3515
**E-mail: afrisch@forthepeople.com**

Trial Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14<u>th</u> day of March, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

**s/ ANDREW FRISCH**
ANDREW FRISCH