IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROY SMITH, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | No. 13-161 C<br>Judge V. Wolski |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Joshua Mandlebaum_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joshua Mandlebaum<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
United States Department of Justice<br>
PO Box 480<br>
Ben Franklin Station<br>
Washington, D.C. 20044

s/Joshua Mandlebaum<br>
JOSHUA MANDLEBAUM<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
Telephone: (202) 305-3091<br>
Facsimile: (202) 514-8624<br>
Email: Joshua.A.Mandlebaum@usdoj.gov

Dated: March 22, 2013