# In the United States Court of Federal Claims

No. 13-161C
(Filed June 24, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
                                          *
                                          *
ROY SMITH,                                *
                                          *
                 Plaintiff,               *
         v.                               *
                                          *
THE UNITED STATES,                        *
                                          *
                 Defendant.               *
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

The Court has reviewed the Joint Preliminary Status Report ("JPSR") and the proposed schedule contained therein. Accordingly, the Court sets the following schedule:

1. Any initial disclosures pertaining to plaintiff will be exchanged on or by **June 27, 2013**; and

2. plaintiff will file a motion to authorize notice (as described in the JPSR) on or by **August 9, 2013**.

The remainder of the proposed schedule is contingent upon approval of the motion to authorize notice, and will be addressed in conjunction with a ruling on that motion. The Court finds that a preliminary scheduling conference is not necessary for this case.

**IT IS SO ORDERED.**

        s/ Victor J. Wolski
        **VICTOR J. WOLSKI**
        Judge