# In the United States Court of Federal Claims

No. 13-161C
(Filed May 16, 2014)

```
* * * * * * * * * * * * * * * * *
                                 *
ROY SMITH, on his own behalf     *
and for others similarly situated, *
                                 *
              Plaintiff,         *
                                 *
         v.                      *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court will hold an oral argument by telephone on **Wednesday, July 2, 2014 at 2:00 p.m. EDT** concerning plaintiff's motion for conditional class certification. Chambers will initiate the call.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge
